Case 2:15-cr-00698-MWF   Document 60 *SEALED*   Filed 02/23/22   Page 1 of 3   Page ID #:304

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

VS

Ricardo Morales

Defendant(s)

FILED
CLERK, U.S. DISTRICT COURT

**07/23/2026**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

RECEIVED
USMS-C/CA-LA
23FEB2022
FID #9964630
REG #71300-112

2:15-CR-00698-MWF-1

**WARRANT FOR ARREST**

TO:     UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest <u>Ricardo Morales</u> and bring him forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint   ☐ Indictment   ☐ Information   ☐ Order of Court   ☒ Violation Petition   ☐ Violation Notice charging him with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title   18   United States Code, Section(s)   3583(e)(3)

Kiry K. Gray

NAME OF ISSUING OFFICER

Clerk of Court

TITLE OF ISSUING OFFICER

SIGNATURE OF DEPUTY CLERK

February 23, 2022, Los Angeles, CA

DATE AND LOCATION OF ISSUANCE

By   Hon. Michael W. Fitzgerald

NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

02/23/2022

DATE RECEIVED

07/23/2026

DATE OF ARREST

**DESCRIPTIVE INFORMATION FOR DEFENDANT**
**CONTAINED ON PAGE TWO**

CESAR PEREZ

NAME OF ARRESTING OFFICER

DEO

TITLE

*CESAR PEREZ*

SIGNATURE OF ARRESTING OFFICER

G-04 (10/15)                    WARRANT FOR ARREST